IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANSOM E. BRYAN,** <br><br> Plaintiff, <br><br> v. <br><br> **J. WESTPHAL, et al.,** <br><br> Defendants. | No. CIV F-00-6875 RHW WMW P <br><br> **ORDER** |

   FOR GOOD CAUSE SHOWN, Defendants are hereby GRANTED an extension of time, up to and including August 3, 2005, to file a responsive pleading to Plaintiff's complaint.

   IT IS SO ORDERED.

**Dated:   June 17, 2005**              /s/  **William M. Wunderlich**
j14hj0                                       UNITED STATES MAGISTRATE JUDGE