**FILED**

AUG 1 2 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>    Plaintiff,<br><br>vs.<br><br>J. WESTPHAL, et. al.,<br><br>    Defendants. | NO. CV-F-00-6875-RHW-WMW<br><br>**ORDER GRANTING EXTENSION OF TIME** |

**BEFORE THE COURT** is Defendants' Second Request for an Extension of Time to File a Responsive Pleading, filed on August 3, 2005 (Ct. Rec. 68). The Court finds that an extension of time is warranted.

Accordingly, **IT IS HEREBY ORDERED** Defendants' Second Request for an Extension of Time to File a Responsive Pleading (Ct. Rec. 68) is **GRANTED**. Defendants shall file a response on or before **August 17, 2005.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and to furnish a copy to counsel.

**DATED** this _9th_ day of August, 2005.

_____
ROBERT H. WHALEY
UNITED STATES DISTRICT JUDGE

Q:\FRESNO CASES\Ransom\ransom.ext.ord.wpd

ORDER GRANTING EXTENSION OF TIME * 1