1

2                  IN THE UNITED STATES DISTRICT COURT

3                FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7    BRYAN E. RANSOM,

8              Plaintiff,                    CV F 00 6875 RHW WMW   P

9         vs.                                ORDER RE MOTION (DOC 80)

10

11   J. WESTPHAL, et al.,

12             Defendants.

13

14        Plaintiff has requested an extension of time in which to file objections to the

15   findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that Plaintiff

16   is granted an extension of time to March 13, 2007, to file objections to the findings and

17   recommendations.

18

19

20

21   IT IS SO ORDERED.

22   **Dated:    February 23, 2007**          _____/s/  **William M. Wunderlich**_____
     j14hj0                                   UNITED STATES MAGISTRATE JUDGE
23

24

25

26
                                        1