UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>    Plaintiff,<br><br>vs.<br><br>J. WESTPHAL, *et al.*,<br><br>    Defendants. | NO. 1:00-cv-06875-RHW-WMW (PC)<br><br>**ORDER RE: FINDINGS AND RECOMMENDATIONS** (#79) |

**BEFORE THE COURT** are Magistrate Judge Wunderlich's Findings and Recommendations (Ct. Rec. 79) and Plaintiff's Objections to Findings and Recommendations (Ct. Rec. 82). Plaintiff is a state prisoner proceeding *pro se* in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302. On January 19, 2007, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim upon which relief can be granted. Plaintiff was provided an opportunity to file objections within thirty days. On March 1, 2007, after receiving an extension of time to file, Plaintiff filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

///

ORDER RE: FINDINGS AND RECOMMENDATIONS * 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The Findings and Recommendations issued by the Magistrate Judge on January 19, 2007, (Ct. Rec. 79) are **adopted in full**.

2. Defendants' Motion to Dismiss (Ct. Rec. 71) is **GRANTED**. This action is dismissed without prejudice for failure to exhaust available administrative remedies prior to filing suit.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, to furnish a copy to Plaintiff and to counsel, and to **close the file**.

**DATED** this 4th day of January, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
UNITED STATES DISTRICT JUDGE

ORDER RE: FINDINGS AND RECOMMENDATIONS * 2